UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA CASELLA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROGER AND NANCY LOLLAR,<br><br>　　　　　Defendants. | Case No. C-12-06310-RMW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>[Re Docket No. 9] |

The court adopts the Report and Recommendation of Judge Lloyd. Dkt. No. 9. The case is dismissed for lack of subject matter jurisdiction as the complaint does not raise a federal question or have an amount-in-controversy large enough for diversity jurisdiction.

Dated: April 4, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge